## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LORENZO O. BARNETT, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | 08-CV-3776 |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | Magistrate Judge Valdez |
| vs. | ) | |
| | ) | |
| ERIN CAPITAL MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF MOTION

**To:**      (See attached service list.)

**PLEASE TAKE NOTICE** that on July 23, 2008 at 9:15a.m., we will appear before Judge Gettleman in Room 1703 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604, and present: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                                                                                s/ Daniel A. Edelman
                                                                                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on July 9, 2008, the foregoing document was filed electronically. A copy of the foregoing document was served via US mail on the following parties:

Erin Capital Management, LLC
c/o Registered Agent
Corporation Service Company
80 State Street
Albany, NY 12207

                                                       s/ Daniel A. Edelman
                                                       Daniel A. Edelman