# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LORENZO O. BARNETT, individually and on behalf of the class defined herein,<br><br>       Plaintiff,<br>v.<br><br>ERIN CAPITAL MANAGEMENT, LLC,<br><br>       Defendant. | Case No.:  08CV3776<br><br>Judge Gettleman<br><br>Magistrate Judge Valdez |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ERIN CAPITAL MANAGEMENT, LLC.

| | |
|---|---|
| **NAME:**  Todd P. Stelter | |
| **SIGNATURE:**  s/ *Todd P. Stelter* | |
| **FIRM:**  HINSHAW & CULBERTSON LLP | |
| **STREET ADDRESS**  222 North LaSalle Street, Suite 300 | |
| **CITY/STATE/ZIP**  Chicago, Illinois 60601-1081 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6278521 | **TELEPHONE NUMBER**<br>312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ☐     NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐     NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐     NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6353716v1 2866

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on **August 20, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.


TO:    Daniel A. Edelman, Cathleen M. Combs, James    courtecl@edcombs.com;
        O. Latturner, Tiffany Nicole Hardy              ccombs@edcombs.com;
        Edelman, Combs, Latturner & Goodwin, LLC    jlatturner@edcombs.com; and
        120 South LaSalle Street, 18th Floor         thardy@edcombs.com
        Chicago, IL 60603
        (312) 739-4200


                                        HINSHAW & CULBERTSON LLP


Todd P. Stelter                          s/ *Todd P. Stelter*
HINSHAW & CULBERTSON LLP              Todd P. Stelter
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax