# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| LORENZO O. BARNETT, individually and on behalf of the class defined herein,<br><br>    Plaintiff,<br>v.<br><br>ERIN CAPITAL MANAGEMENT, LLC,<br><br>    Defendant. | Case No.: 08CV3776<br><br>Judge Gettleman<br><br>Magistrate Judge Valdez |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
ERIN CAPITAL MANAGEMENT, LLC.

| |
|---|
| NAME:  Corinne C. Heggie |
| SIGNATURE:  s/ *Corinne C. Heggie* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6276412 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    I hereby certify that on **August 20, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

TO:    Daniel A. Edelman, Cathleen M. Combs, James O. Latturner, Tiffany Nicole Hardy
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200

courtecl@edcombs.com;
ccombs@edcombs.com;
jlatturner@edcombs.com; and
thardy@edcombs.com

HINSHAW & CULBERTSON LLP

s/ *Corinne C. Heggie*
Corinne C. Heggie

Corinne C. Heggie
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
cheggie@hinshawlaw.com

6353729v1 2866